# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-317-S |
| | § | |
| TRAVIS A. PUCKETT (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 4] and Addendum [ECF No. 6] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant's term of supervised release. *See* Order, ECF No. 17. The Court has received the Report and Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Recommendation") [ECF No. 23] pursuant to its order. Defendant waived his right to object to the Recommendation and to allocute before the district judge. *See* Recommendation; Consent to Proceed Before the United States Magistrate Judge, ECF No. 22. The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **eight (8) months** with credit for time served with no term of supervised release to follow.

**SO ORDERED.**

SIGNED June 1, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**